# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1045**  September Term, 2022

FERC-RM20-14-002
FERC-RM20-14-001

**Filed On: August 14, 2023** [2012445]

Liquid Energy Pipeline Association,

      Petitioner

    v.

Federal Energy Regulatory Commission
and United States of America,

      Respondents

------------------------------

Energy Infrastructure Council and Enbridge Inc.,

      Intervenors

------------------------------

Consolidated with 22-1103, 22-1104, 22-1105, 22-1110, 22-1257, 22-1258

### O R D E R

    It is **ORDERED**, on the court's own motion, that these cases are removed from the court's October 26, 2023 oral argument calendar and are rescheduled for oral argument on October 25, 2023, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

              BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk