# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 22-1045 | September Term, 2023 |
| | FERC-RM20-14-002 |
| | FERC-RM20-14-001 |
| | Filed On: October 13, 2023 [2021694] |

Liquid Energy Pipeline Association,

    Petitioner

    v.

Federal Energy Regulatory Commission and United States of America,

    Respondents

------------------------------

Energy Infrastructure Council and Enbridge Inc.,

    Intervenors

------------------------------

Consolidated with 22-1103, 22-1104, 22-1105, 22-1110, 22-1257, 22-1258

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for October 25, 2023, at 9:30 A.M.:

| | | |
|---|---|---|
| Carrier Petitioners | - | 10 Minutes |
| Shipper Petitioners | - | 10 Minutes |
| Respondent | - | 15 Minutes |

The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Millett and Wilkins.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 16, 2023.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)