# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1045**　　　　　　　　　　　　　　　　**September Term, 2022**

FERC-RM20-14-002
FERC-RM20-14-001

**Filed On: June 28, 2023** [2005429]

Liquid Energy Pipeline Association,

      Petitioner

    v.

Federal Energy Regulatory Commission
and United States of America,

      Respondents

------------------------------

Energy Infrastructure Council and Enbridge Inc.,

      Intervenors

------------------------------

Consolidated with 22-1103, 22-1104, 22-1105, 22-1110, 22-1257, 22-1258

## O R D E R

      Upon consideration of respondent's unopposed motion to modify the briefing schedule, it is

      **ORDERED** that the motion be granted. The parties final briefs are now due July 14, 2023.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk